# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FORTERRA, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. 1:19-cv-00089-SB |
| This Document Relates To:<br><br>ALL ACTIONS. | |

## STIPULATION AND ORDER
## VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE

Plaintiffs Maria Lee ("Lee") and Nancy G. Maloney ("Maloney"), derivatively on behalf of Forterra, Inc. (together, "Plaintiffs"), nominal party Forterra, Inc. ("Forterra") and defendants Jeffrey K. Bradley, W. Matthew Brown, Lori M. Browne, William Kerfin, Kyle S. Volluz, Kevin Barner, Robert Corcoran, Samuel D. Loughlin, Clint McDonnough, John McPherson, Chris Meyer, Jacques Sarrazin, Chadwick S. Suss, and Grant Wilbeck (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. Proc. 23.1(c), hereby stipulate as follows:

WHEREAS, on January 15, 2019 and September 23, 2019, respectively, Plaintiffs Lee and Maloney commenced stockholder derivative actions against Defendants alleging violations of Section 14(a) of the Securities and Exchange Act of 1934, as amended, and related rules for failing to make certain disclosures in the Company's proxy solicitation in advance of the 2017 Annual Meeting of

Stockholders, and for breaches of fiduciary duties, corporate waste, constructive fraud, and unjust enrichment (D.I. 1);

WHEREAS, on December 11, 2019, U.S. District Court Judge Colm F. Connolly ("Judge Connolly") entered an order consolidating the Lee and Maloney actions (the "Consolidated Action") (D.I. 6);

WHEREAS, on September 18, 2020, Defendants filed motions to dismiss the Consolidated Action (D.I. 12, 14), which the parties subsequently briefed;

WHEREAS, on February 10, 2021, the Consolidated Action was reassigned to Judge Stephanos Bibas of the United States Court of Appeals for the Third Circuit;

WHEREAS, on February 22, 2021, Forterra announced that it had agreed to be acquired by Quikrete Holdings, Inc., in a going private transaction;

WHEREAS, on March 12, 2021, Plaintiffs filed a motion to stay pending the recently announced sale of nominal party Forterra, Inc. (D.I. 26);

WHEREAS, the sale of Forterra was completed on March 18, 2022; and

WHEREAS, neither Plaintiffs or their counsel will receive any consideration as a result of the dismissal of the Consolidated Action;

WHEREAS, the parties have met and conferred and have agreed that a voluntary dismissal of the action is appropriate in light of the sale;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. Plaintiffs hereby voluntarily dismiss their claims without prejudice.

2. All parties shall bear their own attorneys' fees and costs.

|  |  |
|---|---|
| *Of Counsel*: | RIGRODSKY LAW, P.A. |
|  | */s/ Gina M. Serra* |
| Marion C. Passmore | Gina M. Serra (#5387) |
| Melissa A. Fortunato | 300 Delaware Avenue, Suite 1220 |
| BRAGAR EAGEL & SQUIRE, P.C. | Wilmington, DE  19801 |
| 810 Seventh Avenue, Suite 620 | Telephone:  (302) 295-5310 |
| New York, NY  10019 | Fax:  (302) 654-7530 |
| Telephone:  (212) 308-5858 | gms@rl-leagl.com |
| passmore@bespc.com |  |
| fortunato@bespc.com | *Attorneys for Plaintiff Maria Lee* |

|  |  |
|---|---|
|  | ANDREWS & SPRINGER LLC |
|  | */s/ David M. Sborz* |
| *Of Counsel*: | Peter B. Andrews (#4623) |
|  | Craig J. Springer (#5529) |
| Samuel H. Rudman | David M. Sborz (#6203) |
| Mary K. Blasy | 4001 Kennett Pike, Suite 250 |
| ROBBINS GELLER RUDMAN | Wilmington, DE  19807 |
|   & DOWD LLP | Telephone:  (302) 504-4957 |
| 58 South Service Road, Suite 200 | Fax:  (302) 397-2681 |
| Melville, NY  11747 | pandrews@andrewsspringer.com |
| Telephone:  (631) 367-7100 | cspringer@andrewsspringer.com |
| Fax:  (631) 367-1173 | dsborz@andrewsspringer.com |
| srudman@rgrdlaw.com |  |
| mblasy@rgrdlaw.com | *Attorneys for Plaintiff Nancy G. Maloney* |

Curtis V. Trinko
LAW OFFICES OF CURTIS V.
   TRINKO, LLP
39 Sintsink Drive West, 1st Floor
Port Washington, NY  11050
Telephone:  (516) 883-1437
ctrinko@trinko.com


Kenneth A. Elan
LAW OFFICES OF KENNETH
   A. ELAN
217 Broadway, Suite 603
New York, NY  10007
Telephone: (212) 962-1224
elanfirm@yahoo.com

                                       ROSS ARONSTAM & MORITZ LLP

                                       _/s/ David E. Ross_
                                       David E. Ross (#5228)

*Of Counsel*:
                                       1313 N. Market Street, Suite 1001
                                       Wilmington, Delaware  19801

M. Scott Barnard                     Telephone:  (302) 576-1602
Michelle A. Reed                    Fax:   (302) 576-1100
Erin Brewer                             dross@ramllp.com
AKIN GUMP STRAUSS HAUER
   & FELD LLP                           *Attorneys for Defendants W. Matthew*
2300 N. Field, Street, Suite 1800    *Brown and William Kerfin*
Dallas, TX 75201
Telephone: (214) 9692800
Facsimile: (214) 969-4343
sbarnard@akingump.com
mreed@akingump.com
ebrewer@akingump.com

|  |  |
|---|---|
| *Of Counsel*:<br><br>Angela C. Zambrano<br>Yolanda C. Garcia<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 75201<br>Telephone: (214) 981-3300<br>Angela.zambrano@sidley.com<br>ygarcia@sidley.com | ABRAMS & BAYLISS LLP<br><br>*/s/ A. Thompson Bayliss*<br>A. Thompson Bayliss (#4379)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>Telephone: (302) 778-1033<br>Fax: (302) 778-1001<br>bayliss@abramsbayliss.com<br><br>*Attorneys for Forterra, Inc., and Defendants Jeffrey K. Bradley, Lori M. Browne, Kevin Barner, Robert Corcoran, Samuel D. Loughlin, Clint McDonnough, John McPherson, Chris Meyer, Chadwick S. Suss, Kyle S. Volluz and Grant Wilbeck*<br><br>DLA PIPER LLP (US)<br><br>*/s/ John L. Reed*<br>John L. Reed (#3023)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Fax: (302) 394-2341<br>john.reed@dlapiper.com<br><br>*Attorneys for Defendant Jacques Sarrazin* |

Dated: March 30, 2022

SO ORDERED this  5  day of  April , 2022.

_____
THE HONORABLE STEPHANOS BIBAS
UNITED STATES CIRCUIT COURT JUDGE